IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**CLAY DUKE,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 4:05CV416-MMP/AK**

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of his application for disability insurance benefits under Title II of the Social Security Act. (Doc.1). Defendant has moved to remand this matter to the Commissioner under sentence six of 42 U.S.C. § 405(g) which provides that:

> The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files the Commissioner's answer, remand the case to the Commissioner of Social Security for further action by the Commissioner of Social Security...

The complaint in this cause was filed on November 7, 2005, and the

Commissioner was served on November 17, 2005, but no answer has been filed. Defendant moves to remand this action in order to prepare a complete administrative record.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 6) be **GRANTED**, and this cause **REMANDED** to the Commissioner for further proceedings, and that Defendant file written Status Reports every three months advising the Court of the status of these efforts to begin March 28, 2006.

**IN CHAMBERS** at Gainesville, Florida, this **28th** day of December, 2005.

s/ A. KORNBLUM
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:05cv416-MMP/AK