IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLAY A DUKE,

    Plaintiff,

v.                                            CASE NO. 4:05-cv-00416-MP-AK

JO ANNE BARNHART,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 7, Report and Recommendations of the Magistrate Judge, recommending that this matter be remanded to the Commissioner pursuant to sentence six of § 405(g).  No objections have been filed and the time for doing so has passed. Here, the answer has not yet been filed and new evidence, in the form of sections A, B, D, or E of the modular disability file is not currently in the record.   The Court finds good cause for remanding this matter to the Commissioner for further proceedings.  Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, doc. 7, is adopted and incorporated herein.

2.    This matter is remanded to the Commissioner pursuant to sentence six, and the government shall file periodic status reports as specified in the Report and Recommendation.

    **DONE AND ORDERED** this  *17th*   day of April, 2006

                                            *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge